

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00229-CV

Rambhotla **KAUSHIK**,
Appellant

v.

**CL AGAVE, L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021-CV-03013
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was originally due August 15, 2022. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant to file, **by September 1, 2022,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court